UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 0 2 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Jose Angel PARFILIO, Defendant. | Magistrate Docket No. COMPLAINT FOR VIOLATION OF: Title 8, USC 1326 Deported Alien Found In The United States Title 8, USC 1325 Illegal Entry (misdemeanor) '18 MJ 0501 |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about February 1, 2018, within the Southern District of California, defendant, Jose Angel PARFILIO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

### COUNT TWO

That on or about January 31, 2018, within the Southern District of California, defendant, Jose Angel PARFILIO, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
David Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS  2nd  DAY OF February, 2018 .

_____
WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Jose Angel PARFILIO**

## PROBABLE CAUSE STATEMENT

On February 1, 2018, Border Patrol Agent E. Machado, along with his canine partner were performing their assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 4:00 PM, Border Patrol Agent N. Austin notified Agent Machado via agency radio, of four individuals running westbound near an area commonly known to Border Patrol agents as "Windmill." Agent Machado and his canine partner responded to the area and observed four individuals attempting to conceal themselves in the surrounding brush. This area is located approximately one mile east of the Otay Mesa, California, Port of Entry, and approximately three miles north of the United States/Mexico International Boundary. Agent Machado approached the four individuals, identified himself as a United States Border Patrol Agent and performed an immigration inspection. All four individuals, including one later identified as the defendant, Jose Angel PARFILIO, stated they are citizens of Mexico without proper documents allowing them to enter or remain in the United States legally. At approximately 5:30 PM, Agent Machado placed all four individuals, including PARFILIO under arrest.

The defendant was advised of his Miranda rights. The defendant stated he understood his rights and was willing to answer questions without an attorney present. The defendant admitted he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated he entered the United States illegally on January 31, 2018.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on September 14, 2017 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.